**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**NANCY M. COREY,**

                    **Plaintiff,**

            **v.**                                    **5:08-cv-0290**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**
_____

**APPEARANCES:**                        **OF COUNSEL:**

**Olinsky, Shurtliff Law Firm**            **Howard Olinsky, Esq.**
**300 S. State Street, 5th Floor**
**Syracuse, NY 13202**
**Counsel for Plaintiff**

**Office of Regional General Counsel**      **Arthur Swerdloff, Esq.**
**Social Security Administration**          **Tomasina DiGrigoli, Esq.**
**Region II**
**26 Federal Plaza - Room 3904**
**New York, NY 10278**
**Counsel for Defendant**

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

                    <u>**ORDER**</u>

        The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini, duly filed on the 20th day of November 2009.  Following ten days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

        After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

   1.  The Report-Recommendation is hereby adopted in its entirety.

   2.  The Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report-Recommendation and pursuant to 42 U.S.C. 405(g).

   3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

   **IT IS SO ORDERED.**

Dated: December 8, 2009
      Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

2