# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**NANCY M. COREY**

    vs.                                                                                           **CASE NUMBER: 5:08-cv-0290**
                                                                                                                               **(NAM/VEB)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby adopted in its entirety. This matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). This action is hereby closed.

All of the above pursuant to the Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 8th day of December, 2009.

DATED: December 8, 2009

*Lawrence K. Baerman*
Clerk of Court

                                        s/
                                   Melissa Ennis
                                   Deputy Clerk