

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************
NANCY M. COREY,

           Plaintiff,

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
******************************

Civil Action No. 08-0290
Hon. Norman A. Mordue

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Howard D. Olinsky for an order awarding attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C 2412, and it appearing that RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Tomasina DiGrigoli, Special Assistant United States Attorney, attorneys for Defendant, the Commissioner of Social Security, having consented to the entry of an Order awarding an amount of six thousand four hundred and sixty-five dollars and forty-six cents ($6,465.46) in attorneys fees, and the Court having considered the matter,

     IT IS on this _16_ day of _February_, 2010;

     ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of six thousand four hundred and sixty-five dollars and forty-six cents ($6,465.46). This amount is to be paid to attorney Howard D. Olinsky, since plaintiff has executed a waiver and

assignment of direct payment of fees.

IT IS SO ORDERED.

Hon. NORMAN A. MORDUE
Chief United States District Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: Tomasina DiGrigoli
Special Assistant U.S. Attorney

OLINSKY & SHURTLIFF, LLP

By: Howard D. Olinsky
Attorney for Plaintiff